# Court of Appeals
# of the State of Georgia

ATLANTA, December 09, 2020

*The Court of Appeals hereby passes the following order:*

**A21E0020. IN THE INTEREST OF BABY GIRL N. (A CHILD).**

Pursuant to Court of Appeals Rule 40 (b), applicants Conzie Williams-Waller and Michael Waller have filed an emergency motion requesting an extension of time to file an application for discretionary appeal in the above-styled matter. The applicants' motion is hereby GRANTED. They shall file their application for discretionary appeal no later than February 1, 2021.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 12/09/2020
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*